1
2
3
4
5
6
7
8
9
10
11
12
13
14

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

15

UNITED STATES OF AMERICA,

16                                    Plaintiff,

17                    v.
ADRIAN ZARAGOZA MURILLO,

18

19
                                      Defendant.

) CR 10-0359-SVW-1
)
) ORDER OF DETENTION AFTER
) HEARING (Fed.R.Crim.P. 32.1(a)(6)
) Allegations of Violations of Probation/
) Supervised Release Conditions)
)
)
)
)

20

On arrest warrant issued by a United States District Court involving alleged

21
violations of conditions of probation or Supervised Release,

22
The court finds no condition or combination of conditions that will

23
reasonably assure:

24
(A) ☒ the appearance of defendant as required; and/or

25
(B) ☒ the safety of any person or the community.

26
//

27
//

28

The court concludes:

A. [X] Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_defendant will comply_
_with conditions of release;_
_also defendants criminal_
_history_

(B) [X] Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_defendant will comply_
_with conditions; also_
_illegal status +_
_no bail resources._

IT IS ORDERED that defendant be detained.

DATED: _3/10/17_

SUZANNE H. SEGAL
UNITED STATES  MAGISTRATE JUDGE

2